UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 3:13-cv-1094

| | |
|---|---|
| WAYNE PARROTT,<br><br>          Plaintiff<br>v.<br><br>GE CAPITAL RETAIL BANK/JC PENNEY CORPORATION, INC.,<br><br>          Defendant. | **NOTICE OF VOLUNTARY DISMISSAL** |

COMES NOW, the Plaintiff, by and through the undersigned, and hereby files this Notice of Voluntary Dismissal with Prejudice.

**CERTIFICATE OF SERVICE**

I hereby certify that the following has been electronically served via ECF and by email to counsel for Defendant on this 5th day of August of 2014.

Respectfully submitted,

**PARKER & DUFRESNE, P.A.**

/s/ Gregory S. Gilbert

Gregory S. Gilbert
Florida Bar No. 085916
Parker & DuFresne, P.A.
8777 San Jose Blvd., Ste. 301
Jacksonville, Florida 32217
Telephone: (904) 733-7766
Facsimile: (904) 733-2919
ggilbert@jaxlawcenter.com