IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

WAYNE PARROT,                               Case No. 3:13-cv-1094-MMH-JRK

         Plaintiff,

v.

GE CAPITAL RETAIL BANK /
JC PENNY CORPORATION, INC.,

         Defendants.

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff Wayne Parrot ("Mr. Parrot"), by his attorneys Parker & Dufresne, P.A., by Gregory S. Gilbert, Esq., 8777 San Jose Blvd., Suite 301, Jacksonville, FL 32217 and Defendants Synchrony Bank f/k/a GE Capital Retail Bank, ("Synchrony"), and JC Penny Corporation, Inc., ("JCP" collectively with Synchrony, "Defendants"), by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this action is dismissed with prejudice.

[SIGNATURES FOLLOW ON THE NEXT PAGE].

Respectfully submitted this 26th day of August, 2014.

\_/s/ Gregory S. Gilbert_____
Gregory S. Gilbert, Esq. (FBN 085916)
Parker & Dufresne, P.A.
8777 San Jose Blvd., Suite 301
Jacksonville, FL 32217
GGilbert@jaxlawcenter.com
*Counsel for Plaintiff Wayne Parrot*


/s/ Natalie P. Thomas_____
Natalie P. Thomas, Esq. (FBN 147680)
Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa FL 33602
natalie.thomas@hklaw.com
*Counsel for Defendants Synchrony Bank f/k/a GE Capital Retail Bank, ("Synchrony"), and JC Penny Corporation, Inc.*