**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WAYNE PARROT,

        Plaintiff,

vs.                                    Case No. 3:13-cv-1094-J-34JRK

GE CAPITAL RETAIL BANK/JC PENNEY
CORPORATION, INC.,

        Defendant.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the Joint Stipulation of Dismissal (Dkt. No. 16; Stipulation) filed on August 27, 2014. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 28th day of August, 2014.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record